IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| LEON CARMICHAEL, SR., ) | 2:03cr259-T |
| also known as BEAVER LEON ) | (WO) |
| CARMICHAEL, and ) | |
| FREDDIE WILLIAMS ) | |

ORDER

After a de novo and independent review of the record, it is ORDERED as follows:

(1) Defendant Leon Carmichael's objections (Doc. No. 366) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 362) is adopted.

(3) Defendant Carmichael's motion to dismiss indictment (Doc. No. 323) is denied.

DONE, this the 10th day of May, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE