**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

**UNITED STATES OF AMERICA** )
)
  v. ) CRIMINAL ACTION NO.
)   2:03cr259-T
**LEON CARMICHAEL, SR.,** )     (WO)

ORDER

It is ORDERED that defendant Leon Carmichael, Sr.'s motion requesting enlargement of time to file motion for new trial (Doc. No. 441) is granted to the following extent pursuant to Fed.R.Crim.P. 33(b)(2):

(1) Defendant Carmichael is allowed until July 15, 2005, to file a motion for new trial.

(2) The new-trial motion must be accompanied by a brief.

(3) The government is allowed until July 25, 2005, to respond.

(4) The new-trial motion is set for submission, without oral argument, on July 25, 2005.

Furthermore, on June 20, 2005, defendant Carmichael

represented to the court that "The marshal told me the jury was afraid of me, and he said I was staring at them and making faces, and the marshal was looking back, talking and asking me was everything over with.  And I asked him what he was talking about.  He wouldn't. ..."  While this "exchange" does not necessarily mean or imply that there was any improper contact between the Marshal Service and the jury, the court believes that further inquiry regarding the "exchange" is necessary so that the record is complete.

Therefore, so that the government and defendant Carmichael will have adequate time to investigate the circumstances of this "exchange," both factually and legally, and so that the court can determine early on whether a hearing on the issue is necessary, it is ORDERED as follows:

    (1) Defendant Carmichael is to submit to the court by no later than June 28, 2005, a statement listing the names of all the Marshals, Deputy Marshals, and Security Officers who were involved in this

   "exchange."

(2) Defendant Carmichael is to submit to the court by no later than July 1, 2005, a statement indicating whether this "exchange" will be the basis for any motion for new trial or other requests for relief, or will simply not be pursued any further.

DONE, this the 23rd day of June, 2005.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**