```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:03-cr-259-T |
| | ) | (WO) |
| LEON CARMICHAEL, SR., | ) | |
| also known as BEAVER LEON | ) | |
| CARMICHAEL | ) | |

## RESTRAINING ORDER

This matter having come before the Court upon the United States' Motion for Entry of a Restraining Order (Doc. no. 449) pursuant to Title 21, United States Code, Section 853 and it appearing to the satisfaction of this Court:

1.  That a federal jury of this District convicted the above named defendant for a violation of Title 21, United States Code, Sections 841 and 846 (conspiracy).  The indictment in this case alleged that the property named herein would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Section 853;

2.  That the United States moves for entry of a Restraining Order to preserve the status quo and prevent destruction and disposition of the assets named herein;

3.  That reasonable cause has been shown for entry of a restraining order to preserve the property named in this Order, and defendant Leon Carmichael, Sr. does not oppose its entry.

It is, therefore, the **ORDER** of this Court that said motion (Doc. no. 449) is granted and that the Carmichael Center, more particularly described as follows, is hereby restrained in accordance with this Order:

> Commence at the Northwest Corner of the Southwest Quarter of Section 31, T-16-N, R-18-E, Montgomery County, Alabama; Thence run N 89º 25' E, 460.00 Feet to a point; Thence run South 20.00 Feet to a point lying on the South right-of-way of Fleming Road (40' ROW); Thence run along said South right-of-way, N 89º 25'E, 872.25 Feet to the Northeast Corner of Lot A, according to the map of Star Construction Plat No. 1, as recorded in the Office of the Judge of Probate, Montgomery, County, Alabama, in Plat Book 36 at Page 247, said point being the point of beginning; Thence from said point of beginning, continue along said South right-of-way, N 89º 25'E, 544.5 Feet to a point; Thence leave said right-of-way and run South 480.0 Feet to a point; Thence run S 89º 25'W, 544.5 Feet to the Southeast Corner of the aforementioned Lot A; Thence run along the East line of said Lot A, North 480.0 Feet to the point of beginning.
>
> Said described property lying and being situated in the Southwest Quarter of Section 31, T-16-N, R-18-E, Montgomery, Alabama, and contains 6.000 acres, more or less.

>The above description was taken from a plat of a survey prepared by Roy Jones, Surveyor, Certificate No. 17267, dated May 23, 1994.

However, Defendant Leon Carmichael, Sr., is allowed to remove equipment and furniture (so long as said property is not a fixture) from the above described property. Counsel for the Defendant, Susan James, shall give the United States Marshals Service written notice of the items to be removed, the time and date of removal and the individuals doing the removal. Removal will be scheduled on a normal week work day between the hours of 9:00 a.m. and 4:00 p.m. Said notice shall be presented to the United States Marshals Service at least three(3) days before such removal is scheduled.

It is further **ORDERED** that defendant Leon Carmichael, Sr., his agents, servants, employees, attorneys, family members, and those persons having knowledge of this Order and those in active concert or participation with the above named defendant shall not, except as is herein authorized:

a) directly or indirectly transfer, encumber, hypothecate, destroy, waste, sell, assign, lease, pledge, or dispose of the above-listed property;

b)  cause the above-listed property to be transferred, encumbered, hypothecated, sold, assigned, leased, pledged, or disposed of in any manner;

c)  take, or cause to be taken, any action which could have the effect of concealing or moving the above-listed property from the jurisdiction of this Court; or take or cause to be taken, any action that would have the effect in any way of diminishing the value of the above-listed property without the prior approval of this Court and prior notice to the United States with an opportunity for the United States to be heard; or,

d)  directly or indirectly transfer, move, encumber, hypothecate, sell, assign, lease, pledge, dispose of or destroy any assets, property and equipment at and in the Carmichael Center.

This Order shall remain in effect until sentencing of Defendant, Leon Carmichael, Sr., or until otherwise ordered by this Court.

DONE, this the 27th day of June, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE