**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIM. ACTION NO.** |
| | ) | **2:03cr259-T** |
| **LEON CARMICHAEL, SR.** | ) | **(WO)** |
| | ) | |
| | ) | |

**NOTICE OF JURISDICTIONAL QUESTION**

Upon reading defendant Leon Carmichael, Jr.'s motion for extension of time to file new trial motion (Doc. No. 469) (which the court granted earlier today) and after reflection, the court became concerned that it might not have jurisdiction as to the motion for extension of time. After preliminary research, the court remains concerned. See United States v. Hocking, 841 F.2d 735 (7th Cir. 1988) (holding that district court had no authority to grant second enlargement of time for motion for new trial because Rule 45(b) expressly forbids such extensions). Because the court always has an independent obligation to raise and

review jurisdictional questions, the court provides this notice to the parties.

DONE, this the 18th day of July, 2005.

                                                           /s/ Myron H. Thompson
                                                           **UNITED STATES DISTRICT JUDGE**