```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:03cr259-T |
| ) | (WO) |
| **LEON CARMICHAEL, SR.,** ) | |
| **also known as BEAVER LEON** ) | |
| **CARMICHAEL** ) | |

O R D E R

Upon the petition and motion of Scientific Engineering, Inc. and the United States of America (Doc. Nos. 530 & 607(1))and being otherwise duly advised, it is hereby ORDERED that the petition and motion are granted to extent that the Stipulation for Compromise Settlement between the United States and Scientific Engineering, Inc. (Doc. No. 607(2)) is approved.

Done this the 1st day of December, 2005.

                                       /s/  Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**