IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
  v. ) CRIMINAL ACTION NO.
)   2:03cr259-MHT
**LEON CARMICHAEL, SR.** ) (WO)

### ORDER

In accordance with the memorandum opinion entered this date, it is ORDERED as follows:

(1) Petitioner Reese & Howell Inc.'s motion to alter, amend, or vacate (Doc. No. 655) is denied to the extent petitioner Reese & Howell Inc. seeks validation of its lien pursuant to subsection (n)(6)(A) to 21 U.S.C. § 853.

(2) The motion is granted to the extent the court finds that petitioner Reese & Howell Inc. has met its burden of showing by a preponderance of the evidence that, pursuant to subsection (n)(6)(B), it holds a materialmen's lien that remains attached to the

Carmichael Center pending final judgment of the state court.

(3) The parties are to submit in writing on or before June 12, 2006, a joint proposal for (a) amending the court's second preliminary order of forfeiture to reflect petitioner Reese & Howell Inc.'s contingent interest in the property pending final judgment in state court regarding enforcement of the lien and (b) clearing title to the relevant property such that interlocutory sale may proceed while protecting petitioner Reese & Howell Inc.'s contingent interest through preservation of a sum equal to the claimed lien.

DONE, this the 7th day of June, 2006.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**