IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )       2:03cr259-MHT
LEON CARMICHAEL, SR.          )           (WO)
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Leon Carmichael, Sr.'s motions to stop sale (Doc. Nos. 690 & 694) are denied.

The clerk of the court is DIRECTED to enter this document on the criminal docket as a final judgment.

DONE, this the 15th day of June, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE