IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:03cr259-MHT |
| **LEON CARMICHAEL, SR.**   ) | (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT and DECREE of this court that APAC of Alabama, Inc.'s petition to validate third-party interest and restrain or prevent sale (Doc. No. 700) is denied.

The clerk of the court is DIRECTED to enter this document on the criminal docket as a final judgment.

DONE, this the 21st day of June, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**